## Ramona Gill HERRING, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

### No. 2013–3170.

United States Court of Appeals, Federal Circuit.

July 15, 2014.

Steven L. Herrick, Tully Rinckey PLLC, Washington, DC, for Petitioner.

Sara B. Rearden, Attorney, Merit Systems Protection Board, Washington, DC, for Respondent.

### ORDER

Upon consideration of Ramona Gill Herring's motion to reopen this petition for review, which was dismissed for failure to file a statement concerning discrimination, the statement now having been filed,

It Is Ordered That:

The motion is granted. The mandate is recalled, the court's June 26, 2014 dismiss-

al order is vacated, and the petition is reinstated.

It Is Ordered That:

The motion is granted.